Morgan, Lewis & Bockius LLP
Attorneys at Law
Los Angeles

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK B. FARLEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIMBO BAKERIES USA, INC. a Delaware Corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:20-CV-02223-TLN-KJN<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND CASE DEADLINES** |

Based on the Parties' Joint Stipulation to Extend Case Deadlines, and good cause having been shown, the Court orders the following:

1. The deadline to complete all non-expert discovery shall be extended to December 10, 2021;

2. The Court shall hold its ruling on Plaintiff's Motion to Remand [Dkt. No. 5] in abeyance until at least December 10, 2021 or later.

3. Consistent with the Court's Initial Pretrial Scheduling Order, the Parties' following deadlines shall run from the extended non-expert discovery deadline consistent with the timing prescribed in the Court's Initial Pretrial Scheduling Order:

    a. designate experts;

    b. designate supplemental and/or rebuttal experts;

    c. file dispositive motions;

    d. exchange any supplemental disclosures and responses (including expert supplemental materials) shall be 30 days prior to the dispositive motion hearing date; and

    e. file a Joint Notice of Trial Readiness after receiving the Court's ruling on the last filed dispositive motion.

**IT IS SO ORDERED.**

Dated: June 7, 2021

HONORABLE TROY L. NUNLEY
UNITED STATES DISTRICT COURT JUDGE

Case No. 2:20-cv-02223-TLN-KJN

ORDER GRANTING JOINT STIPULATION TO EXTEND CASE DEADLINES