**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICK B. FARLEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIMBO BAKERIES USA, INC. a Delaware Corporation; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-02223-TLN-KJN<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND ACTION TO STATE COURT** |

**ORDER GRANTING PLAINTIFF'S MOTION TO REMAND**

# ORDER

Plaintiff Patrick B. Farley ("Plaintiff") and defendant Bimbo Bakeries USA, Inc. ("Defendant") (collectively, the "Parties") stipulation for an Order Remanding Action to State Court, having come before the Court in the above-captioned matter, the Honorable Troy L. Nunley presiding, and for good cause appearing therefor, including, without limitation, the agreed-upon settlement amount being less than $5 million and Plaintiff's argument that the jurisdictional minimum required for subject matter jurisdiction under 28 U.S.C. sections 1332, 1441 or otherwise, rules that the Parties joint stipulation is APPROVED.

If the Superior Court of the State of California for the County of Sacramento does not approve the Settlement as requested by the Parties, a Judgment is not entered in the action in state court, or either Party withdraws from the Settlement, the Parties will revert to their respective status as of the date and time immediately prior to the execution of the long-form settlement agreement such that the Parties will revert to the litigation of the action in this Court. In the event of reversion to this Court, either Party may notify this Court to re-initiate litigation of this action in this Court.

Pursuant to 28 U.S.C. section 1447(c), this action is hereby REMANDED to the Superior Court of the State of California, County of Sacramento.

IT IS SO ORDERED.

DATED: February 7, 2022

_____
Troy L. Nunley
United States District Judge